**Frank COSTA, Appellant**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PRO-BATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 21, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of February, 2006, the order of the Commonwealth Court is AFFIRMED.

Justice BALDWIN did not participate in the consideration or decision of this case.